## PEDRO ROBLES *v.* COMMISSIONER OF CORRECTION
## (AC 16246)

O'Connell, C. J., and Schaller and Cretella, Js.

Argued October 29—officially released November 18, 1997

Per Curiam. The judgment is affirmed.

## THOMAS FARNIE *v.* COMMISSIONER OF MOTOR VEHICLES
## (AC 16440)

O'Connell, C. J., and Spear and Daly, Js.

Argued October 30—officially released November 18, 1997

Per Curiam. The judgment is affirmed.

## KEITH M. COMMERFORD *v.* COMMISSIONER OF CORRECTION
## (AC 16450)

Lavery, Schaller and Daly, Js.

Argued October 30—officially released November 18, 1997

Per Curiam. The judgment is affirmed.